[No. 72707-9-I.   Division One.   May 16, 2016.]

ROBERT PIEL ET AL., *Respondents*, v. THE CITY OF FEDERAL WAY, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 08-2-02830-5, Samuel Chung, J., entered September 12, 2014, and Chad Allred, J., entered November 5, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach and Spearman, JJ.

[No. 72750-8-I.   Division One.   May 16, 2016.]

DOUGLAS FRECHIN, *Respondent*, v. KING COUNTY DEPARTMENT OF TRANSPORTATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-23545-5, Julie A. Spector, J., entered October 10, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Trickey, A.C.J., and Lau, J.

[No. 73209-9-I.   Division One.   May 16, 2016.]

*In the Matter of the* RICHARD C. SWEEZEY TRUST OF 1990.

Appeal from a judgment of the Superior Court for King County, No. 14-4-04470-1, Douglass A. North, J., entered February 20, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 73365-6-I.   Division One.   May 16, 2016.]

ANNE L. BAILEY, *Appellant*, v. KENT SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-03463-6, Hollis R. Hill, J., entered April 10, 2015. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Leach, JJ.